## AFFIDAVIT OF SERVICE

| Case:<br>1:22-cv-00703-CFC | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE | County: | Job:<br>7756199 (Complete Reservation Solutions) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>KRISTI VONDEYLEN and JARED VONDEYLEN | | **Defendant / Respondent:**<br>COMPLETE RESERVATIONS SOLUTIONS, LLC | |
| **Received by:**<br>The Wesley Group | | **For:**<br>Kimmel & Silverman, P.C. | |
| **To be served upon:**<br>Complete Reservation Solutions | | | |

I, Allison Bernardo, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Complete Reservation Solutions, 251 LITTLE FALLS DR, WILMINGTON, DE 19808-1675
**Manner of Service:** Registered Agent, Oct 5, 2022, 1:47 pm EDT
**Documents:** DOCS

**Additional Comments:**
1) Successful Attempt: Oct 5, 2022, 1:47 pm EDT at 251 LITTLE FALLS DR, WILMINGTON, DE 19808-1675 received by Complete Reservation Solutions.
When you walk into the building, there is security at the front desk. There is a black metal letter tray with a sign that says CSC will accept documents from 8am to 4pm, as well as a stack of business cards to litigation management. As directed by security, I left the documents in the tray. Due to Covid-19, this is the only way they are accepting legal documents.

_Bernardo_                              10/07/2022
Allison Bernardo, Process Server         Date

The Wesley Group
107 S. West St. Ste. 417
Alexandria, VA 22314

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
10/07/2022                12/31/2022
Date                      Commission Expires

[Notary seal: PARKER KING, MY COMMISSION EXPIRES 12-31-2022, NOTARY PUBLIC, STATE OF DELAWARE]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTI VONDEYLEN and JARED VONDEYLEN, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civ. No. 22-703-CFC ) |
| COMPLETE RESERVATIONS SOLUTIONS, LLC, | ) ) ) |
| Defendant. | ) ) |

## ORDER

At Wilmington this 30th day of September 2022,

IT IS ORDERED that a hearing on Plaintiffs' pending motion for default judgment (D.I. 9) shall be heard on **Tuesday, November 8, 2022, at 3:30 p.m.** in courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. As per this court's normal practice, Plaintiffs' counsel should be prepared to recite the facts of record relating to proper service, lack of response, and the relief requested, including the amount of damages requested, if any.

_____
Chief Judge