## AFFIDAVIT OF SERVICE

| Case:<br>1:22-cv-00703-CFC | Court:<br>United States District Court for the District of Delaware | County:<br>New Castle, DE | Job:<br>7754300 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Kristi Vondeylen and Jared Vondeylen | | Defendant / Respondent:<br>Complete Reservation Solutions, LLC | |
| Received by:<br>Capital Courier, LLC | | For:<br>Kimmel and Silverman, P.C. | |
| To be served upon:<br>Complete Reservation Solutions, LLC | | | |

I, Isaiah Greene, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Complete Reservation Solutions, LLC, 8 The Green Suite 5863, Dover, DE 19901
**Manner of Service:** Registered Agent, Oct 5, 2022, 10:57 am EDT
**Documents:** Order on Pending Motion for Default Judgement.pdf, Clerk's Entry of Default.pdf, Clocked Proposed Order.pdf, Clocked Motion.pdf, Clocked Memo.pdf, Clocked Ex C.pdf, Clocked Ex B.pdf, Clocked Ex A.pdf, Clocked Dec of Kristi.pdf, Clocked Dec of Jared.pdf

**Additional Comments:**
1) Successful Attempt: Oct 5, 2022, 10:57 am EDT at 8 The Green Suite 5863, Dover, DE 19901 received by Complete Reservation Solutions, LLC. Age: 30; Ethnicity: African American; Gender: Female; Weight: 140; Height: 5'6"; Hair: Black; Other: Megan Shepherd ;
I entered the building and knocked on the door of the registered agent. I was greeted by Megan Shepherd. Her identity was verified on a previous visit. She checked her computer for the named entity and accepted service.

_____   10/10/22
Isaiah Greene                Date
1367519

Capital Courier, LLC
P.O. Box 38
Dover, DE 19903
3028570811

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
10/10/2022                  11/9/2022
Date                        Commission Expires

Karen E. Elliott
Notary Public
State of Delaware
My Commission Expires November 9, 2022

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTI VONDEYLEN and JARED VONDEYLEN, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Civ. No. 22-703-CFC |
| ) | |
| COMPLETE RESERVATIONS SOLUTIONS, LLC, ) ) ) | |
| Defendant. ) | |

## ORDER

At Wilmington this 30th day of September 2022,

IT IS ORDERED that a hearing on Plaintiffs' pending motion for default judgment (D.I. 9) shall be heard on **Tuesday, November 8, 2022, at 3:30 p.m.** in courtroom 4B on the 4th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. As per this court's normal practice, Plaintiffs' counsel should be prepared to recite the facts of record relating to proper service, lack of response, and the relief requested, including the amount of damages requested, if any.

_____
Chief Judge