## AFFIDAVIT OF SERVICE

| Case:<br>1:22-cv-00703-CFC | Court:<br>United States District Court for the District of Delaware | County:<br>New Castle, DE | Job:<br>7813816 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Kristi Vondeylen and Jared Vondeylen | | **Defendant / Respondent:**<br>Complete Reservation Solutions, LLC | |
| **Received by:**<br>Capital Courier, LLC | | **For:**<br>Kimmel and Silverman, P.C. | |
| **To be served upon:**<br>Complete Reservations Solutions, LLC | | | |

I, Isaiah Greene, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**  Complete Reservations Solutions, LLC , 8 The Green Suite 5863, Dover, DE 19901

**Manner of Service:**  Registered Agent, Oct 17, 2022, 3:23 pm EDT

**Documents:**  10-11-22 Order resetting Hearing.pdf

**Additional Comments:**
1) Successful Attempt: Oct 17, 2022, 3:23 pm EDT at 8 The Green Suite 5863, Dover, DE 19901 received by Complete Reservations Solutions, LLC .
I entered the building and knocked on the door of the registered agent. I stated I had a service of process for the named entity. Charlotte Benice checked the computer and then accepted service. Her identity was verified on a previous visit.

**Fees:**  $99.00

Isaiah Greene    Date 10/17/22
1367519

Capital Courier, LLC
P.O. Box 38
Dover, DE 19903
3028570811

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Notary Public

Date 10/17/2022    Commission Expires 11/9/2022

Karen E. Elliott
Notary Public
State of Delaware
My Commission Expires November 9, 2022