# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Kristi VonDeylen and Jared VonDeylen, <br><br>　　　　　　　Plaintiffs, <br><br>　v. <br><br> Complete Reservation Solutions, LLC, <br><br>　　　　　　　Defendant. | C.A. No. 1:22-cv-00703-CFC |

# EXHIBIT D
# TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (D.I. 9)


Dated: November 20, 2022

By: /s/ Mary Higgins
Mary Higgins, Esquire (4179)
Kimmel & Silverman, P.C.
Commonwealth Building
260 Chapman Road, Ste. 201
Newark, DE 19702
Tel: 302-525-6607
mhiggins@lemonlaw.com

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

Department of State: Division of Corporations

HOME

View Search Results

Allowable Characters

### Entity Details

| | | | |
|---|---|---|---|
| File Number: | 6329673 | Incorporation Date / Formation Date: (mm/dd/yyyy) | 2/27/2017 |
| Entity Name: | COMPLETE RESERVATION SOLUTIONS, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | State: |
| Status: | Good Standing | Status Date: | 8/1/2022 |

**TAX INFORMATION**

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 0 | Tax Due: | $ 0 |
| Annual Tax Assessment: | $ 300 | Total Authorized Shares: | |

**REGISTERED AGENT INFORMATION**

| | |
|---|---|
| Name: | CORPORATION SERVICE COMPANY |
| Address: | 251 LITTLE FALLS DRIVE |
| City: | WILMINGTON |
| County: | New Castle |
| State: | DE |
| Postal Code: | 19808 |
| Phone: | 302-636-5401 |

**FILING HISTORY (Last 5 Filings)**

| Seq | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|
| 1 | Change of Agent Amendment for LP/LLC/GP/LLP 9768720 | 1 | 5/23/2017 | 3:44 PM | 5/23/2017 |
| 2 | LLC | 1 | 2/27/2017 | 4:29 PM | 2/27/2017 |

[Back to Entity Search]   [Email Status]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

https://icis.corp.delaware.gov/Ecorp/EntitySearch/EntitySearchStatus.aspx?i=6329673&d=y    1/1

**Department of State: Division of Corporations**

Allowable Characters

**HOME**

## Entity Details

THIS IS NOT A STATEMENT OF GOOD STANDING

| | | | |
|---|---|---|---|
| File Number: | 6329673 | Incorporation Date / Formation Date: | 2/27/2017 (mm/dd/yyyy) |
| Entity Name: | COMPLETE RESERVATION SOLUTIONS, LLC | | |
| Entity Kind: | Limited Liability Company | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 251 LITTLE FALLS DRIVE | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19808 |
| Phone: | 302-636-5401 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.
Would you like ○ Status ○ Status,Tax & History Information

[Submit]

[View Search Results]    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov