1                  IN THE UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF DELAWARE

3     KRISTI & JARED VONDEYLEN,)
                              )
4              Plaintiffs,    )
                              )  C.A. No. 22-703-CFC
5       v.                    )
                              )
6                             )
      COMPLETE RESERVATION    )
7     SOLUTIONS, LLC,         )
                              )
8              Defendant.     )

9

10

11                     Monday, November 21, 2022
                             11:30 a.m.
12                          Motion Hearing

13

14                        844 King Street
                        Wilmington, Delaware
15

16     BEFORE: THE HONORABLE COLM F. CONNOLLY
       United States District Court Judge
17

18

19     APPEARANCES:

20
                  KIMMEL & SILVERMAN, P.C.
21                BY:  MARY HIGGINS, ESQ.

22                       Counsel for the Plaintiffs

23

24                 _ _ _ _ _ _ _ _ _ _

25

1                       P R O C E E D I N G S

2

3          (Proceedings commenced in the courtroom beginning at

4     11:30 a.m.)

5

6               **THE COURT:**  Ms. Higgins, good morning.

7               **MS. HIGGINS:**  Would you like me --

8               **THE COURT:**  Okay.  So this is the time set

9     aside for a default.  You filed a motion for a default

10    judgment.

11              Unless I'm missing something, there's no

12    discussion in the motion of the standard that I would

13    apply the applicable Third Circuit case law to guide me to

14    know whether you have alleged a sufficient basis by which

15    I could grant a default judgment.

16              And just so you'll know, I mean, I think

17    somebody asked if we could do this remotely, and I had

18    said no because we're not doing procedures remotely absent

19    some extraordinary circumstance.

20              You know, I don't prepare on the merits until

21    within 24 hours of a hearing.  So when I looked at this, I

22    thought, oh, wait a second.  We're going to -- this is

23    going to be a problem.

24              Did you file any papers that set forth the

25    Third Circuit standards and what I would look to in terms

1   of deciding whether to grant a motion for a default

2   judgment?

3              **MS. HIGGINS:**  Well, the only thing that was

4   filed was at D.I. 9.1, which was the Memorandum of Points

5   and Authorities.

6              **THE COURT:**  Yeah.  Well...

7              **MS. HIGGINS:**  So you're looking for standards

8   under Federal Rule of Evidence 55(b)(2) --

9              **THE COURT:**  Wait.  What did you say you filed?

10  D.I. 9.1?

11             **MS. HIGGINS:**  Yes.

12             **THE COURT:**  So there is some -- and it has

13  points and authorities?

14             **MS. HIGGINS:**  Plaintiff's memorandum of law in

15  support of motion for default judgments against --

16             **THE COURT:**  Okay.  So that, I just don't have

17  it.  I didn't realize that.  So hold on a second.  Sounds

18  like you did do something.

19             **MS. HIGGINS:**  You know, my assistant told me

20  that we had two of these served as courtesy copies, and I

21  wasn't sure because it wasn't marked in our pleadings

22  filed.  So we had someone redeliver them.  And I also --

23  this morning.

24             And I then I also have two copies here with me

25  today as well, because she said this was done, but I

1  didn't see it in the pleadings where we normally get a

2  stamped copy to approve it.  So --

3          THE COURT:  Yeah.  And I don't have it.  It may

4  be in CM/ECF.  But I'll tell you, I don't have it, or a

5  copy of it.  I have -- what I have is D.I. 9 and...

6          MS. HIGGINS:  9.1.  Nine-one is --

7          THE COURT:  Okay.  I have something marked

8  D.I. 9-1, and I've read that.  Okay.  So actually, we're

9  referring to the same thing then.  Okay.  No, I've read

10  that.

11          MS. HIGGINS:  Okay.  So that -- are you saying

12  that that's missing the standard under Rule 55(b) for

13  default judgment?

14          THE COURT:  Yeah.  I mean, the only legal

15  assertion relating to the default, it says, on Page 6,

16  "Pursuant to Rule 55(a), a default judgment is proper when

17  a party against whom a judgment for affirmative relief is

18  sought has failed to plead or otherwise defend," end

19  quote.  "When a defendant fails to respond, its default is

20  considered an admission of the plaintiff's well-pleaded

21  allegations of fact related to liability," end quote.

22          And that's actually citing a Fifth Circuit

23  case.

24          MS. HIGGINS:  Right.

25          THE COURT:  But there's nothing that tells me

1    what I should be asking or assessing.  And I can tell you,

2    the few times as a judge I've had a default judgment, I've

3    had that.

4              MS. HIGGINS:  Okay.

5              THE COURT:  And, you know, I don't --

6              MS. HIGGINS:  Yeah.

7              THE COURT:  -- I don't want to do something I

8    shouldn't do.

9              MS. HIGGINS:  Yeah.  I understand.

10             THE COURT:  Right.  And --

11             MS. HIGGINS:  We'd be happy to redraft it and

12   refile, if that would make you more comfortable.

13             THE COURT:  I don't need something -- I'll tell

14   you what, why don't you, instead of redoing everything,

15   why don't you just look at the case law and say, hey, you

16   know, this is what you need to do.  You need to make these

17   findings in order for you to properly grant a motion for

18   default judgment.

19             And let me give you an example of why it comes

20   up.  Because when I read the papers, I don't see anywhere

21   where there is any kind of affidavit to support the

22   allegation that the calls came from the defendant.

23             MS. HIGGINS:  Okay.

24             THE COURT:  So it may be that the plaintiff

25   would say because the person identified themselves as an

1    agent of, or representative of Complete Reservation

2    Solutions.  You know, that's where I got that.  In other

3    words, it doesn't look like somebody did a caller ID check

4    or anything like that to make the connection.  And I don't

5    know if I even need that.  Right.

6              I mean, you know, we are such a busy court.  We

7    rely on the lawyers to at least get the basic case law in

8    front of us.  I've got, you know, 400-and-some cases.  But

9    my recollection is that there's certain findings that the

10   Third Circuit would want me to put on the record.

11            **MS. HIGGINS:**  Okay.  And so the statement that

12   failure to answer is an admission of the well-pled facts

13   in the pleadings is not adequate to establish those

14   facts --

15            **THE COURT:**  So I don't know.  If you're telling

16   me it is, but I'm --

17            **MS. HIGGINS:**  They cited -- this was written,

18   and I did read it, and I knew that they put in a Fifth

19   Circuit case in there for that proposition.

20            In my research, what I was able to come up with

21   in terms of Third Circuit law was an unpublished Federal

22   appendix case from the Third Circuit on that point, citing

23   to Wright and Miller.  And that was in *Handle v.*

24   *Postmaster General*, which is 806 F Appendix -- Federal

25   Appendix 95, Third Circuit, 2020.  "Without an answer or

1    other response to a complaint, the entry of default

2    operates as an admission of the factual allegations in the

3    complaint."

4            But as I said, that's unpublished, Third

5    Circuit.

6            **THE COURT:**  Okay.  And I don't dispute that,

7    and that makes a lot of sense to me.

8            Is there anything else I need to decide?

9            **MS. HIGGINS:**  Well, what we were going to seek

10   was, one, the default judgment because the Court has

11   jurisdiction, the facts have been admitted in the

12   complaint.  So therefore, that cause of action that we

13   have alleged under the TCPA is established based on those

14   facts.

15           And then I was going to seek relief in terms of

16   damages, which would be actual and statutory as pled in

17   the complaint.

18           I can go through the law and how the facts

19   support the law for that award.

20           **THE COURT:**  All right.  So for instance, why

21   don't you take a look at *Chamberlain* against *Giampapa*, at

22   210 F.3d. 154.  It's a Third Circuit case from 2000.  It

23   says that three factors control whether a default judgment

24   should be granted, right.  It lays out the factors.

25           I mean, you have to do that kind of work.  You

1    can't expect me to do what I've just done, which is, you

2    know, conduct Westlaw research and get this.  That's

3    really on an attorney.  Okay.

4            **MS. HIGGINS:**  Right.  Oh, absolutely,

5    Your Honor.  I apologize.

6            **THE COURT:**  Okay.  But you can keep your motion

7    the way it is, but why don't you just supplement it.  You

8    can start with that case, and just briefly discuss the

9    factors, okay.

10            And then, you know, I can have a hearing and I

11   do it -- conduct the hearing in an appropriate way and

12   make a decision that would withstand scrutiny of the Third

13   Circuit.  Because if I were to just sign this, I think it

14   would be reversible error.

15            **MS. HIGGINS:**  Okay.

16            **THE COURT:**  Okay.  And I don't think you want

17   that anymore than I want that.

18            **MS. HIGGINS:**  Well, thank you for your

19   leniency.

20            **THE COURT:**  You know, I feel bad in a way that

21   were you called in, but that's just the nature of our

22   caseload.  We're so busy, you know, by the time I start

23   reviewing these papers, it's too late to call off the

24   hearing.  And I thought maybe you might come in and have

25   the case law and we could discuss it or that you would

1    have pointed me to something in the record that I didn't

2    see.

3              But let's do that, okay?

4         **MS. HIGGINS:**  Sounds good.  Thank you.

5         **THE COURT:**  Now, I'm prepared, because, you

6    know, it's a very interesting matter.

7              Are you doing this with somebody from another

8    national law firm or something?

9         **MS. HIGGINS:**  I'm also an employee of

10   Kimmel & Silverman, and this is their case.  The

11   plaintiffs are from Minnesota.  The defendant is in

12   Delaware.  That's why I'm handling it for them.

13        **THE COURT:**  Okay.  I get the impression,

14   though, they do these a lot, I'm going to guess.  Right?

15        **MS. HIGGINS:**  I'm sorry?

16        **THE COURT:**  The national firm -- the Minnesota

17   firm probably does these all across the country, I'm going

18   to guess.

19        **MS. HIGGINS:**  Yes.  Yes.

20        **THE COURT:**  Right.  And it seems like it's a

21   worthwhile enterprise.  So, you know, as soon as you get

22   that paper to me, we'll move on it.  Okay?

23        **MS. HIGGINS:**  All right.

24        **THE COURT:**  Make sense?

25        **MS. HIGGINS:**  Yes.

```
 1              THE COURT:  Okay.  Thank you very much.

 2         Any questions?

 3              MS. HIGGINS:  None.

 4              THE COURT:  All right.  Have a good day.

 5              MS. HIGGINS:  You too.

 6           (The proceedings concluded at 11:43 a.m.)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2                         CERTIFICATE OF COURT REPORTER

3

4        I hereby certify that the foregoing is a true and

5    accurate transcript from my stenographic notes in the

6    proceeding.

7
                                    /s/ Bonnie R. Archer
8                                   Bonnie R. Archer
                                    Official Court Reporter
9                                     U.S. District Court

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

MS. HIGGINS: [28]
THE COURT: [28]

**/**
/s [1] 11/7

**1**
11:30 [2] 1/11 2/4
11:43 [1] 10/6
154 [1] 7/22

**2**
2000 [1] 7/22
2020 [1] 6/25
2022 [1] 1/11
21 [1] 1/11
210 F.3d. 154 [1] 7/22
22-703-CFC [1] 1/4
24 hours [1] 2/21

**5**
55 [3] 3/8 4/12 4/16

**8**
806 F [1] 6/24
844 [1] 1/14

**9**
9.1 [3] 3/4 3/10 4/6
95 [1] 6/25

**A**
a.m [3] 1/11 2/4 10/6
able [1] 6/20
absent [1] 2/18
absolutely [1] 8/4
accurate [1] 11/5
across [1] 9/17
action [1] 7/12
actual [1] 7/16
actually [2] 4/8 4/22
adequate [1] 6/13
admission [3] 4/20 6/12 7/2
admitted [1] 7/11
affidavit [1] 5/21
affirmative [1] 4/17
against [3] 3/15 4/17 7/21
agent [1] 6/1
all [4] 7/20 9/17 9/23 10/4
allegation [1] 5/22
allegations [2] 4/21 7/2
alleged [2] 2/14 7/13
also [3] 3/22 3/24 9/9
another [1] 9/7
answer [2] 6/12 6/25
any [3] 2/24 5/21 10/2
anymore [1] 8/17
anything [2] 6/4 7/8
anywhere [1] 5/20
apologize [1] 8/5
APPEARANCES [1] 1/19
appendix [3] 6/22 6/24 6/25
Appendix 95 [1] 6/25
applicable [1] 2/13
apply [1] 2/13
appropriate [1] 8/11
approve [1] 4/2
Archer [2] 11/7 11/8
are [4] 4/11 6/6 9/7 9/11

as [9] 3/20 3/25 5/2 5/25 7/2
 7/4 7/16 9/21 9/21
aside [1] 2/9
asked [1] 2/17
asking [1] 5/1
assertion [1] 4/15
assessing [1] 5/1
assistant [1] 3/19
attorney [1] 8/3
authorities [2] 3/5 3/13
award [1] 7/19

**B**
bad [1] 8/20
based [1] 7/13
basic [1] 6/7
basis [1] 2/14
be [8] 2/23 4/4 5/1 5/11 5/24
 7/16 7/24 8/14
because [8] 2/18 3/21 3/25
 5/20 5/25 7/10 8/13 9/5
been [1] 7/11
BEFORE [1] 1/16
beginning [1] 2/3
Bonnie [2] 11/7 11/8
briefly [1] 8/8
busy [2] 6/6 8/22

**C**
C.A [1] 1/4
call [1] 8/23
called [1] 8/21
caller [1] 6/3
calls [1] 5/22
came [1] 5/22
can [5] 5/1 7/18 8/6 8/8 8/10
can't [1] 8/1
case [10] 2/13 4/23 5/15 6/7
 6/19 6/22 7/22 8/8 8/25 9/10
caseload [1] 8/22
cases [1] 6/8
cause [1] 7/12
certain [1] 6/9
CERTIFICATE [1] 11/2
certify [1] 11/4
CFC [1] 1/4
Chamberlain [1] 7/21
check [1] 6/3
Circuit [11] 2/13 2/25 4/22
 6/10 6/19 6/21 6/22 6/25 7/5
 7/22 8/13
circumstance [1] 2/19
cited [1] 6/17
citing [2] 4/22 6/22
CM [1] 4/4
CM/ECF [1] 4/4
COLM [1] 1/16
come [2] 6/20 8/24
comes [1] 5/19
comfortable [1] 5/12
commenced [1] 2/3
complaint [4] 7/1 7/3 7/12
 7/17
COMPLETE [2] 1/6 6/1
concluded [1] 10/6
conduct [2] 8/2 8/11
connection [1] 6/4
CONNOLLY [1] 1/16
considered [1] 4/20
control [1] 7/23

copies [2] 3/20 3/24
copy [2] 4/2 4/5
could [3] 2/15 2/17 8/25
Counsel [1] 1/22
country [1] 9/17
court [7] 1/1 1/16 6/6 7/10
 11/2 11/8 11/9
courtesy [1] 3/20
courtroom [1] 2/3

**D**
D.I. [4] 3/4 3/10 4/5 4/8
D.I. 9 [1] 4/5
D.I. 9-1 [1] 4/8
D.I. 9.1 [2] 3/4 3/10
damages [1] 7/16
day [1] 10/4
decide [1] 7/8
deciding [1] 3/1
decision [1] 8/12
default [14]
defend [1] 4/18
defendant [4] 1/8 4/19 5/22
 9/11
DELAWARE [3] 1/2 1/14 9/12
did [5] 2/24 3/9 3/18 6/3 6/18
didn't [3] 3/17 4/1 9/1
discuss [2] 8/8 8/25
discussion [1] 2/12
dispute [1] 7/6
DISTRICT [4] 1/1 1/2 1/16
 11/9
do [10] 2/17 3/18 5/7 5/8 5/16
 7/25 8/1 8/11 9/3 9/14
does [1] 9/17
doesn't [1] 6/3
doing [2] 2/18 9/7
don't [16]
done [2] 3/25 8/1

**E**
ECF [1] 4/4
else [1] 7/8
employee [1] 9/9
end [2] 4/18 4/21
enterprise [1] 9/21
entry [1] 7/1
error [1] 8/14
ESQ [1] 1/21
establish [1] 6/13
established [1] 7/13
even [1] 6/5
everything [1] 5/14
example [1] 5/19
expect [1] 8/1
extraordinary [1] 2/19

**F**
F.3d. [1] 7/22
fact [1] 4/21
factors [3] 7/23 7/24 8/9
facts [5] 6/12 6/14 7/11 7/14
 7/18
factual [1] 7/2
failed [1] 4/18
fails [1] 4/19
failure [1] 6/12
Federal [3] 3/8 6/21 6/24
feel [1] 8/20

few [1] 5/2
firm [2] 9/22 9/18
file [1] 2/24
filed [4] 2/9 3/4 3/9 3/22
findings [2] 5/17 6/9
firm [3] 9/8 9/16 9/17
foregoing [1] 11/4
forth [1] 2/24
front [1] 6/8

**G**
General [1] 6/24
get [5] 4/1 6/7 8/2 9/13 9/21
Giampapa [1] 7/21
give [1] 5/19
go [1] 7/18
going [6] 2/22 2/23 7/9 7/15
 9/14 9/17
good [3] 2/6 9/4 10/4
got [2] 6/2 6/8
grant [3] 2/15 3/1 5/17
granted [1] 7/24
guess [2] 9/14 9/18
guide [1] 2/13

**H**
had [5] 2/17 3/20 3/22 5/2 5/3
Handle [1] 6/23
handling [1] 9/12
happy [1] 5/11
has [3] 3/12 4/18 7/10
have [15]
hearing [5] 1/12 2/21 8/10
 8/11 8/24
here [1] 3/24
hereby [1] 11/4
hey [1] 5/15
HIGGINS [2] 1/21 2/6
hold [1] 3/17
Honor [1] 8/5
HONORABLE [1] 1/16
hours [1] 2/21
how [1] 7/18

**I**
I'll [2] 4/4 5/13
I'm [8] 2/11 6/16 9/5 9/9 9/12
 9/14 9/15 9/17
I've [6] 4/8 4/9 5/2 5/2 6/8 8/1
ID [1] 6/3
identified [1] 5/25
impression [1] 9/13
instance [1] 7/20
instead [1] 5/14
interesting [1] 9/6
is [22]
it [26]
it's [4] 7/22 8/23 9/6 9/20
its [1] 4/19

**J**
JARED [1] 1/3
judge [2] 1/16 5/2
judgment [10] 2/10 2/15 3/2
 4/13 4/16 4/17 5/2 5/18 7/10
 7/23
judgments [1] 3/15
jurisdiction [1] 7/11
just [8] 2/16 3/16 5/15 8/1 8/7
 8/8 8/13 8/21

**K**

keep [1]  8/6
KIMMEL [2]  1/20 9/10
kind [2]  5/21 7/25
King [1]  1/14
knew [1]  6/18
know [17]
KRISTI [1]  1/3

**L**

late [1]  8/23
law [9]  2/13 3/14 5/15 6/7
 6/21 7/18 7/19 8/25 9/8
lawyers [1]  6/7
lays [1]  7/24
least [1]  6/7
legal [1]  4/14
leniency [1]  8/19
let [1]  5/19
let's [1]  9/3
liability [1]  4/21
like [5]  2/7 3/18 6/3 6/4 9/20
LLC [1]  1/7
look [4]  2/25 5/15 6/3 7/21
looked [1]  2/21
looking [1]  3/7
lot [2]  7/7 9/14

**M**

make [5]  5/12 5/16 6/4 8/12
 9/24
makes [1]  7/7
marked [2]  3/21 4/7
MARY [1]  1/21
matter [1]  9/6
may [2]  4/3 5/24
maybe [1]  8/24
me [12]
mean [4]  2/16 4/14 6/6 7/25
memorandum [2]  3/4 3/14
merits [1]  2/20
might [1]  8/24
Miller [1]  6/23
Minnesota [2]  9/11 9/16
missing [2]  2/11 4/12
Monday [1]  1/11
more [1]  5/12
morning [2]  2/6 3/23
motion [7]  1/12 2/9 2/12 3/1
 3/15 5/17 8/6
move [1]  9/22
Ms. [1]  2/6
Ms. Higgins [1]  2/6
much [1]  10/1
my [4]  3/19 6/9 6/20 11/5

**N**

national [2]  9/8 9/16
nature [1]  8/21
need [5]  5/13 5/16 5/16 6/5
 7/8
Nine [1]  4/6
Nine-one [1]  4/6
no [4]  1/4 2/11 2/18 4/9
None [1]  10/3
normally [1]  4/1
not [2]  2/18 6/13
notes [1]  11/5
nothing [1]  4/25

November [1]  1/11
Now [1]  9/3

**O**

off [1]  8/23
Official [1]  11/8
oh [2]  2/22 8/4
okay [19]
one [2]  4/6 7/10
only [2]  3/3 4/14
operates [1]  7/2
order [1]  5/17
other [2]  6/2 7/1
otherwise [1]  4/18
our [2]  3/21 8/21
out [1]  7/24

**P**

P.C [1]  1/20
Page [1]  4/15
Page 6 [1]  4/15
paper [1]  9/22
papers [3]  2/24 5/20 8/23
party [1]  4/17
person [1]  5/25
plaintiff [1]  5/24
plaintiff's [2]  3/14 4/20
plaintiffs [3]  1/4 1/22 9/11
plead [1]  4/18
pleaded [1]  4/20
pleadings [3]  3/21 4/1 6/13
pled [2]  6/12 7/16
point [1]  6/22
pointed [1]  9/1
points [2]  3/4 3/13
Postmaster [1]  6/24
prepare [1]  2/20
prepared [1]  9/5
probably [1]  9/17
problem [1]  2/23
procedures [1]  2/18
proceeding [1]  11/6
proceedings [2]  2/3 10/6
proper [1]  4/16
properly [1]  5/17
proposition [1]  6/19
Pursuant [1]  4/16
put [2]  6/10 6/18

**Q**

questions [1]  10/2
quote [2]  4/19 4/21

**R**

read [4]  4/8 4/9 5/20 6/18
realize [1]  3/17
really [1]  8/3
recollection [1]  6/9
record [2]  6/10 9/1
redeliver [1]  3/22
redoing [1]  5/14
redraft [1]  5/11
referring [1]  4/9
refile [1]  5/12
related [1]  4/21
relating [1]  4/15
relief [2]  4/17 7/15
rely [1]  6/7
remotely [2]  2/17 2/18
REPORTER [2]  11/2 11/8

representative [1]  6/1
research [2]  6/20 8/2
RESERVATION [2]  1/6 6/1
respond [1]  4/19
response [1]  7/1
reversible [1]  8/14
reviewing [1]  8/23
right [10]  4/24 5/10 6/5 7/20
 7/24 8/4 9/14 9/20 9/23 10/4
Rule [3]  3/8 4/12 4/16
Rule 55 [2]  4/12 4/16

**S**

said [3]  2/18 3/25 7/4
same [1]  4/9
say [3]  3/9 5/15 5/25
saying [1]  4/11
says [2]  4/15 7/23
scrutiny [1]  8/12
second [2]  2/22 3/17
see [3]  4/1 5/20 9/2
seek [2]  7/9 7/15
seems [1]  9/20
sense [2]  7/7 9/24
served [1]  3/20
set [2]  2/8 2/24
she [1]  3/25
should [2]  5/1 7/24
shouldn't [1]  5/8
sign [1]  8/13
SILVERMAN [2]  1/20 9/10
so [18]
SOLUTIONS [2]  1/7 6/2
some [3]  2/19 3/12 6/8
somebody [3]  2/17 6/3 9/7
someone [1]  3/22
something [7]  2/11 3/18 4/7
 5/7 5/13 9/1 9/8
soon [1]  9/21
sorry [1]  9/15
sought [1]  4/18
Sounds [2]  3/17 9/4
stamped [1]  4/2
standard [2]  2/12 4/12
standards [2]  2/25 3/7
start [2]  8/8 8/22
statement [1]  6/11
STATES [2]  1/1 1/16
statutory [1]  7/16
stenographic [1]  11/5
Street [1]  1/14
such [1]  6/6
sufficient [1]  2/14
supplement [1]  8/7
support [3]  3/15 5/21 7/19
sure [1]  3/21

**T**

take [1]  7/21
TCPA [1]  7/13
tell [3]  4/4 5/1 5/13
telling [1]  6/15
tells [1]  4/25
terms [3]  2/25 6/21 7/15
than [1]  8/17
thank [3]  8/18 9/4 10/1
that [42]
that's [7]  4/12 4/22 6/2 7/4 8/2
 8/21 9/12
their [1]  9/10

them [2]  3/22 9/12
themselves [1]  5/25
then [4]  3/24 4/9 7/15 8/10
there [4]  3/12 5/21 6/19 7/8
there's [3]  2/11 4/25 6/9
therefore [1]  7/12
these [5]  3/20 5/16 8/23 9/14
 9/17
they [3]  6/17 6/18 9/14
thing [2]  3/3 4/9
think [3]  2/16 8/13 8/16
Third [9]  2/13 2/25 6/10 6/21
 6/22 6/25 7/4 7/22 8/12
this [12]
those [2]  6/13 7/13
though [1]  9/14
thought [2]  2/22 8/24
three [1]  7/23
through [1]  7/18
time [2]  2/8 8/22
times [1]  5/2
today [1]  3/25
told [1]  3/19
too [2]  8/23 10/5
transcript [1]  11/5
true [1]  11/4
two [2]  3/20 3/24

**U**

U.S [1]  11/9
under [3]  3/8 4/12 7/13
understand [1]  5/9
UNITED [2]  1/1 1/16
Unless [1]  2/11
unpublished [2]  6/21 7/4
until [1]  2/20
up [2]  5/20 6/20
us [1]  6/8

**V**

very [2]  9/6 10/1
VONDEYLEN [1]  1/3

**W**

wait [2]  2/22 3/9
want [4]  5/7 6/10 8/16 8/17
was [10]  3/3 3/4 3/4 3/25 6/17
 6/20 6/21 6/23 7/10 7/15
wasn't [2]  3/21 3/21
way [3]  8/7 8/11 8/20
we [9]  2/17 3/20 3/22 4/1 6/6
 6/6 7/9 7/12 8/25
We'd [1]  5/11
we'll [1]  9/22
we're [4]  2/18 2/22 4/8 8/22
well [7]  3/3 3/6 3/25 4/20 6/12
 7/9 8/18
well-pleaded [1]  4/20
well-pled [1]  6/12
were [3]  7/9 8/13 8/21
Westlaw [1]  8/2
what [9]  2/25 3/9 4/5 5/1 5/14
 5/16 6/20 7/9 8/1
when [4]  2/21 4/16 4/19 5/20
where [3]  4/1 5/21 6/2
whether [3]  2/14 3/1 7/23
which [5]  2/14 3/4 6/24 7/16
 8/1
whom [1]  4/17
why [6]  5/14 5/15 5/19 7/20

**W**

why... [2]  8/7 9/12
Wilmington [1]  1/14
within [1]  2/21
Without [1]  6/25
withstand [1]  8/12
words [1]  6/3
work [1]  7/25
worthwhile [1]  9/21
would [10]  2/7 2/12 2/25 5/12
 5/25 6/10 7/16 8/12 8/14 8/25
Wright [1]  6/23
written [1]  6/17

**Y**

Yeah [5]  3/6 4/3 4/14 5/6 5/9
Yes [4]  3/11 9/19 9/19 9/25
you [47]
you'll [1]  2/16
you're [2]  3/7 6/15
your [3]  8/5 8/6 8/18
Your Honor [1]  8/5