IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTI & JARED VONDEYLEN, ) | |
| ) | |
| Plaintiffs, ) | C. A. No.: 1:22-cv-00703 CFC |
| ) | |
| v. ) | |
| ) | |
| COMPLETE RESERVATION ) | |
| SOLUTIONS, LLC, ) | |
| ) | |
| Defendant. ) | |

[PROPOSED] ORDER

AND NOW, upon review of Plaintiffs Kristi and Jared VonDeylen's Motion for Default Judgment against Defendant Complete Reservation Solutions, LLC, upon good cause shown, it is hereby ORDERED that Plaintiffs' Motion is GRANTED.

The Clerk shall enter judgment in favor of Plaintiffs Kristi and Jared Vondeylen against Defendant Complete Reservation Solutions, LLC in the amount of **$162,000**.

SO ORDERED, this 11th day of April, 2022.

BY THE COURT:

_____
J.